Ronald E. Stadtmueller, Chapter 13 Trustee  Check No. 693998
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-61308 | 001-0 | DONALD LYNN CHANEY<br>Original Check written to:<br>PALISADES ACQUISITION I LLC<br>% OSI PORTFOLIO SERVICES<br>P O BOX 105460<br>ATLANTA, GA  30348-5460 | xxxxxx7860 | 335.29 | 58.56 | 0.00 | 58.56 |
| 04-61453 | 003-0 | PIERCE LYNN BLUNT<br>Original Check written to:<br>HOUSEHOLD CREDIT<br>P O BOX 98724<br>LAS VEGAS, NV  89193 | xxxxxxxxx8249 | 1,118.36 | 31.17 | 0.00 | 31.17 |
| 04-62342 | 002-0 | HOWELL LEE KINES<br>Original Check written to:<br>DAIMLER CHRYSLER CREDIT CORP<br>TRUSTEE PAYMENT DEPT #100301<br>P O BOX 55000<br>DETROIT, MI  48255-1003 | xxxxxxxxxxxxxxxxxxx2E19 | 5,101.93 | 105.23 | 0.00 | 105.23 |
| 05-60244 | 006-0 | JAMES COLUMBUS FORT JR<br>Original Check written to:<br>HC PROCESSING CENTER<br>PO BOX 22112<br>TULSA, OK  74121 | xxxxx00-6 | 1,335.40 | 106.80 | 0.00 | 106.80 |
| 05-61417 | 011-0 | LYLE GILL AGNEW<br>Original Check written to:<br>SMITH COUNTY<br>TAX COLLECTOR<br>P O BOX 2011<br>TYLER, TX  75710-2011 | xxxxxxxxxxxxxxxxxxxx004, | 0.00 | 165.22 | 0.00 | 165.22 |
| 06-60503 | 008-0 | BRADY JAMES ANTHONY<br>Original Check written to:<br>RUSK COUNTY<br>C/O LINEBARGER ET AL<br>2323 BRYAN STREET #1600<br>DALLAS, TX  75201 | xxxxxxxxxxxxxxxxxxx0000 | 0.00 | 449.82 | 0.00 | 449.82 |
| 08-60913 | 006-0 | MICHAEL J. NICHOLSON<br>Original Check written to:<br>WELLS FARGO BANK NA<br>ONE HOME CAMPUS<br>BK PMT PROC/MAC #2302-04C<br>DES MOINES, IA  50328- | 7451 | 8,790.00 | 765.07 | 87.58 | 852.65 |